RECEIVED
IN ALEXANDRIA, LA

MAY 1 8 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**FREDERICK LEDAY,**
    **Plaintiff**

**CIVIL ACTION**
**Section "P"**
**Docket No. 1:06 cv 0339**

**VERSUS**

**LYNN COOPER, et al.,**
    **Defendants**

**JUDGE DEE D. DRELL**
**MAGISTRATE JUDGE JAMES D. KIRK**

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that defendant's motion for summary judgment be DENIED.

THUS ORDERED AND SIGNED in Chambers at ___ALEXANDRIA___, Louisiana, on this _17_ day of ___May___, 2007.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE